**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6948**

MARCO A. NUNEZ,

                    Plaintiff – Appellant,

          v.

KENNY ATKINSON; C. BLACKWELDER,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Timothy M. Cain, District Judge. (4:13-cv-02744-TMC)

Submitted:  August 21, 2014          Decided:  August 26, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marco A. Nunez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marco A. Nunez appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed in part pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nunez v. Atkinson, 4:13-cv-02744-TMC (D.S.C. June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED